AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

**APPEARANCE**

Case Number:  07mj2671

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MIGUEL ANGEL GARCIA-DUARTE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/19/2007 | /s/ ROBERT H. REXRODE |
| Date | Signature |
| | Robert H. Rexrode / Federal Defenders of SD — 230024 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |